IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARIUS TYRELL MIDDLEETON,

    Petitioner,

v.                                                                            4:23cv70–WS/HTC

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the court is the magistrate judge's amended report and recommendation (ECF No. 31) docketed July 11, 2024. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as untimely. Petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the undersigned has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 31) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 8) is DISMISSED as untimely.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice as untimely."

5. A certificate of appealability is DENIED.

6. The clerk shall close the case.

DONE AND ORDERED this ___5th___ day of ___September___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE